**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Clarence Kenneth Voigt, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Al Wahl, Allen C. Hoberg, and the State ) | Case No. 1:06-cv-045 |
| of North Dakota, ) | |
| ) | |
| Defendants. ) | |

The plaintiff filed a Motion for Summary Judgment on August 17, 2006. However, recognizing that he may have filed his motion prematurely, he filed a "Motion to Withdraw Motion for Summary Judgment" on September 18, 2006.

The court **GRANTS** the plaintiff's Motion to Withdraw (Docket No. 17). The plaintiff's Motion for Summary Judgment (Docket No. 11) is **DENIED** without prejudice.

**IT IS SO ORDERED.**

Dated this 19th day of September, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge