**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Clarence Kenneth Voigt, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| State of North Dakota, ) | Case No. 1:06-cv-045 |
| ) | |
| Defendant. ) | |

___

On March 9, 2007, Plaintiff Clarence Kenneth Voigt ("Voigt") filed a document captioned "Motion to Change Magistrative Judge." Therein, he requested the undersigned's recusal and the reassignment of this matter to another magistrate judge.

Voigt's motion was presumably precipitated by the undersigned's recommendation that the court deny his requests to proceed *in forma pauperis* in Case Nos. 1:07-cv-007, 1:07-cv-008, and 1:07-cv-009. Regardless of Voigt's motivations for filing the motion, the circumstances of this case do not require the undersigned to recuse himself. Accordingly, the "Motion to Change Magistrative Judge" is **DENIED**.

**IT IS SO ORDERED.**

Dated this 12th day of March, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge